## MOUNTAIN TOWNSITE CO. v. BRANCO et al.

### No. 10680.

Court of Civil Appeals of Texas. San Antonio.

Oct. 4, 1939.

Park Street and W. C. Douglas, both of San Antonio, for appellant.

Vinson, Elkins, Weems & Francis and Simon Frank, all of Houston, and Schlesinger, Schlesinger & Goodstein, of San Antonio, for appellees.

SMITH, Chief Justice.

In this case the several parties have filed a joint motion to affirm the judgment from which the appeal was perfected, it being represented that the matters in controversy have been fully settled between the parties. Upon that premise, and without passing upon the merits of the appeal, the motion will be granted and the judgment affirmed accordingly.